CASE NO. 12-15-00118-CR

| | | |
|---|---|---|
| MICHAEL LYNN EATON, Relator | § § § | IN THE 12TH COURT OF APPEALS |
| v. | § § § | OF THE STATE OF TEXAS |
| 115TH DISTRICT COURT OF UPSHUR COUNTY, CAROLYN PARROTT, DISTRICT CLERK, DEANNA DRENNAN, COURT REPORTER, Respondents | § § § § | |

FILED IN COURT OF APPEALS
12th Court of Appeals District
MAY 2 9 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

## MOTION REQUESTING DESIGNATION OF THE RECORD

COMES NOW, Michael Lynn Eaton, Relator, who respectfully submits his request for designation of the record for this Mandamus proceeding, pursuant to TRAP RULE 34.1. In support of his Motion, Relator would show:

### FACTS IN SUPPORT OF MOTION

- Relator has filed with the Trial Court and files with the 12th Court of Appeals his Affidavit of Indigency (Inability to pay costs) which has never been disputed or denied by the Trial Court.

- Relator, being incarcerated, has no access to photocopying machines, fax machines, or any electronic or physical means to copy the documents in his possession related to his requests for his transcripts and court records.

- All of the items Relator has listed in his Application for Writ of mandamus (pages 1-2, Section II, "History of Previous Requests/Exhaustion of Remedies" are already of file with the 115th District Court Clerk.

- In accordance with TRAP 34.2, Relator agrees taht the Documents submitted to the Trial Court between 8-31-2012 and 3-20-2015 comprise the entire record of Relators attempts to obtain copies of his court documents and transcripts. These filings represent what Relator would attach and include in his Appendix had he had access to and the ability to make such copies.

-

### PRAYER / RELIEF REQUESTED

WHEREFORE PREMESIS CONSIDERED Relator **PRAYS** that this Honorable Court of Appeals **GRANT** his motion to designate the record and issue an **ORDER** to the Trial Court , District Clerk to prepare a Clerks Record of his filings between 8-31-2012 and 3-20-2015, including all responses made and actions taken to fulfill Relators requests for copies of his court records and transcripts, in accordance with TRAP 34.5(a) along with a reporters record pursuant to TRAP 34.6(a)(1) & (b)(1).

Respectfully submitted on this the 22 day of May ,2015.

_____
Michael Lynn Eaton, Relator
1652213
Beto Unit , 1391 FM 3328
Tennessee Colony, Tx. 75880

page 1 of 1

SCANNED

May 22, 2015



FILED IN COURT OF APPEALS
12th Court of Appeals District

MAY 29 2015

TYLER, TEXAS
CATHY S. LUSK, CLERK

Katrina McClenny
Chief Deputy Clerk
12th Court of Appeals
1517 W. Front Street, Suite 354
Tyler, Texas  75702

RE: Case No. 12-15-00118-CR    "Application for Writ of MANDAMUS"
STYLE: Michael Lynn Eaton v. 115th Dist. Court of Upshur County, Et.Al.
From Trial Cause No. 15074

Dear Court Clerk:

Enclosed please find the information you requested from me to supplement my "Application for Writ of MANDAMUS" :

-    Table of Contents, pursuant to TRAP 52.3(b) (1page) (pg.# i)
-    Index of Authorities, pursuant to TRAP 52.3(c) (1page) (pg.# ii)
-    Appendix, pursuant to TRAP 52.3(k) (1page) (pg.# x)
-    Designation of the Record, pursuant to TRAP 52.7 : please find Relators "Motion Requesting Designation of the Record" (1page)
-    Relator has also included a "Statement of the Case" in the Appendix (pg.# x)

In an exercise of caution, Relator wishes to state clearly that he is pursuing the Application for Writ of Mandamus" to obtain records and transcripts from the Trial Court so he can prepare and file an Appeal under §11.07 Code of Criminal Proceedure, and that this Application is NOT his Appeal, but a request for this Court to ORDER the Trial Court Clerk and Courtt Reporter to choose a method to provide Relator with copies of his Court records and transcripts.

Should you have any questions or need further information from me, please do not hesitate to contact me.  I thank you in advance for your time and considerations.

Respectfully,

Michael Lynn Eaton


CERTIFICATE OF SERVICE

I,  Michael Lynn Eaton, do hereby certify that I placed the original and/or copies of the information and documents listed above into a proper wrapper  and affixed sufficient pre-paid US first class postage to same, and did address same to the parties listed below and  placed  same  into the available mailing system on this the 22 day of May ,2015.

Michael Lynn Eaton, Relator
1652213
CATHY S. LUSK, CLERK  12TH COURT OF APPEALS
1517 W. FRONT ST., STE 354 Tyler, Texas 75702

Beto Unit , 1391 FM 3328
Tennessee Colony, Tx. 75880
(903) 928-2217

CAROLYN PARROTT, DIST.CLERK & DEANNA DRENNAN, COURT REPORTER
115TH DISTRICT COURT OF UPSHUR COUNTY, 405 E.TITUS ST. GILMORE, Texas 75644-1052

UPSHUR COUNTY DISTRICT ATTORNEYS OFFICE, 405 E.Titus St. Gilmore, Texas 75644-1052
CC: file